UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE DISBARMENT OF | MISCELLANEOUS |
| KENNETH F. SARAMA (#01583) | # 10-27 |

ORDER OF DISBARMENT

The Court having been notified that KENNETH F. SARAMA was DISBARRED by the Louisiana Supreme Court effective February 19, 2010, and membership in good standing before the Bar of the Supreme Court of Louisiana being required by Uniform Local Rule 83.2.2 as a prerequisite to practice before this Court:

IT IS ORDERED AND ADJUDGED that KENNETH F. SARAMA be, and is hereby DISBARRED, effective March 4, 2010 from practice of law before this Court, unless he shows good cause within thirty (30) days from the date of this order why he should not be DISBARRED. The DISBARMENT hereby ordered shall continue in effect until further order of this Court.

Baton Rouge, Louisiana, this __4__ day of March, 2010.

RALPH E. TYSON, CHIEF JUDGE

LAED
LAWD
USCA
USBC
LASC
Sarama